UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GRAYLING JOHNSON,

Plaintiff,

v.

JEFFEREY MACOMBER, et al.,

Defendants.

Case No. 26-cv-08815-NW

**ORDER OF REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled related case is hereby referred to the Honorable Trina L. Thompson for consideration of whether the case is related to *McKenzie v. Borla*, Case No. 25-cv-02820-TLT.

**IT IS SO ORDERED.**

Dated: October 2, 2026

Noël Wise
United States District Judge

United States District Court
Northern District of California